```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

TARA A. HOGGE,                       *
                                     *
    Plaintiff,                      *
                                     *
vs.                                  *   Civil Action 09-0018-KD-B
                                     *
MICHAEL J. ASTRUE,                   *
Commissioner of                      *
Social Security,                     *
                                     *
    Defendant.                      *


## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** this 15th day of **September 2009.**

                                        **s/ Kristi K. DuBose**
                                        KRISTI K. DuBOSE
                                        UNITED STATES DISTRICT JUDGE