IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TARA A. HOGGE, | * |
| Plaintiff, | * |
| vs. | * Civil Action 09-0018-KD-B |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated December 18, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of **January, 2010.**

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE